UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA M.,[1]<br><br>                                    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>   Acting Commissioner of Social Security,<br><br>                                    Defendant. | Case No.: 23cv268-LR<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND AND REMANDING ACTION TO THE SOCIAL SECURITY ADMINISTRATION FOR FURTHER PROCEEDINGS [ECF No. 10]** |

On February 10, 2023, Plaintiff Veronica M. filed a civil Complaint against Defendant Acting Commissioner of Social Security Kilolo Kijakazi seeking judicial review of the denial of Plaintiff's application for social security disability benefits. (ECF No. 1.)  The parties have since filed a "Joint Motion for Voluntary Remand Pursuant to Sentence Four, 42 U.S.C. § 405(g)" ("Stipulation to Remand").  (ECF No. 10.)  The parties state that "[u]pon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) to take any action necessary to further develop the record, offer Plaintiff a de novo hearing, and issue a new decision."  (Id. at 2.)

---

[1] Pursuant to Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the Court in [Social Security cases under 42 U.S.C. § 405(g)] will refer to any non-government parties by using only their first name and last initial."

Upon due consideration, the Court **GRANTS** the parties' joint motion, approves the Stipulation to Remand, and **REMANDS** this action to the Commissioner of Social Security for further administrative proceedings consistent with the terms of the Stipulation to Remand.

The Court enters **JUDGMENT** in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. The Court **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

Dated: May 19, 2023

Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge